# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **V.** : | **CRIMINAL NUMBER 19-00043** |
| : | |
| **JOSEPH BLEIER** : | |

## O R D E R

**AND NOW,** this _____ day of June, 2020, upon consideration of the Defendant's Request to Modify Conditions of Pretrial Release; it is hereby **ORDERED** that the Defendant's bail in the amount of $116,000 shall be secured by the property at 1195 Guinevere Drive, Rochester, NY, 14626. The bail amount shall no longer be secured by cash.

BY THE COURT:

_____
THE HONORABLE JEFFREY L. SCHMEHL
United States District Court Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | CRIMINAL NUMBER 19-00043 |
| | : | |
| JOSEPH BLEIER | : | |

# O R D E R

**AND NOW** this _____ day of June, 2020, upon consideration of the Defendant's Request to Modify Conditions of Pretrial Release, it is hereby ordered that said motion is **GRANTED** and the defendant's conditions of supervised release are modified as follows:

1. Mr. Bleier is released on bail in the amount of $116,000. This amount will be secured by the property located at 1195 Guinevere Drive, Rochester, NY, 14626.

2. Ms. Petrarca, the Defendant's mother, is the legal owner of said property.

3. Cash will no longer be used to secure Mr. Bleier's release on bail once his release on bail is secured by said property.

3. All other conditions of supervised release as previously ordered are to remain in effect.

**IT IS SO ORDERED**.

                                              BY THE COURT:

                                              _____
                                              **THE HONORABLE JEFFREY L. SCHMEHL**
                                              **United States District Court Judge**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **V.** | : | **CRIMINAL NUMBER 19-00043** |
| | : | |
| **JOSEPH BLEIER** | : | |

## DEFENDANT'S REQUEST TO MODIFY CONDITIONS OF PRETRIAL RELEASE

Defendant, Joseph Bleier, by and through his attorney, Mythri Jayaraman, Assistant Federal Defender, Defender Association of Philadelphia, Federal Court Division, respectfully requests this Court grant the instant request to modify bail conditions, and in support thereof, respectfully submits as follows:

1. On February 11, 2019, Mr. Bleier was placed on Pretrial release after the filing of an indictment charging one count of 18 U.S.C. §2422(b) (use of an interstate commerce facility to entice a minor to engage in sexually explicit conduct) and one count of 18 U.S.C. § 2423(b) (travel with intent to engage in illicit sexual conduct).

2. Mr. Bleier has no known violations of Pretrial release.

3. The property at 203 Guinevere Drive in Rochester, NY, was initially used to secure Mr. Bleier's release on bail. Mr. Bleier's mother subsequently sold this property, and this Court permitted a modification to Mr. Bleier's release conditions to allow his bail amount to be secured by cash.

4. Defendant's mother has now purchased a new property, located at 1195 Guinevere Drive, Rochester, NY, 14626.

5. Therefore, the defense is requesting that the conditions of Mr. Bleier's release be modified once again, such that he is released on bail in the amount of $116,000, to be secured by the property at 1195 Guinevere Drive, Rochester, NY 14626

6. Mr. Bleier will continue to reside at 1119 White Swan Drive, Rochester, NY 14626, under the same conditions of supervised pretrial release.

7. The government has no objection.

**WHEREFORE**, for the above-stated reasons, the Defendant respectfully moves this Court to grant said motion.

Respectfully submitted,

*/s/ Mythri Jayaraman*
MYTHRI JAYARAMAN
Assistant Federal Defender

**CERTIFICATE OF SERVICE**

      I, Mythri Jayaraman, Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that I have electronically served a copy of the Defendant's Request to Modify Conditions of Pretrial Release upon Michael Baker, United States Probation Officer, and Melanie B. Wilmoth, Assistant United States Attorney, located at Suite 1250, 615 Chestnut Street, Philadelphia, Pennsylvania, 19106.

                                                */s/ Mythri Jayaraman*
                                                MYTHRI JAYARAMAN
                                                Assistant Federal Defender

DATE: June 18, 2020